57TH STREET LUCE CORPORATION, Appellant, *v.* GENERAL MOTORS CORPORATION, Respondent.

Submitted June 5, 1944; decided July 19, 1944.

*Herbert G. McLear* for appellant.

*Anthony J. Russo* and *John T. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.